**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

ROBERT FRAZER
United States Attorney

Nitin Aradhya
Assistant U.S. Attorney

970 Broad Street, Suite 700
Newark, NJ 07102
Nitin.Aradhya@usdoj.gov

main: (973) 297-2024
direct: (973) 297-2044

November 11, 2026

**BY ECF**
Honorable Susan D. Wigenton, U.S.D.J.
United States District Court
Martin Luther King Building & U.S. Courthouse
50 Walnut Street Room 4015
Newark, NJ 07101

**Re: *Pimbomaza v. Soto, et al.*, No. 26-13294 (SDW)**
**Petitioner's Release**

Dear Judge Wigenton:

This Office represents Respondents in this habeas action. We respectfully write in response to the Court's order directing Respondents to "release Petitioner within 24 hours" and "file a letter on the docket confirming Petitioner's release." ECF No. 12. U.S. Immigration and Customs Enforcement ("ICE") informed this Office of Petitioner's release from custody at 2:18 p.m. on November 10, 2026.

We apologize to the Court and petitioner for this Office's inadvertent failure to comply with the Court's October 29, 2026 Order to schedule a bond hearing for Petitioner. ECF No. 10. This Office was timely notified of the Order instructing Respondents to provide Petitioner with an individualized bond hearing, but due to an administrative error concerning the tracking of this action, this Office did not forward the Order to ICE.

We therefore respectfully request that the Court close this case and lift all temporary restraints. We thank the Court for its attention to this matter.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

*s/ Nitin Aradhya*
NITIN ARADHYA

**SO ORDERED this** 13th **day of** November **20**26

[signature]

**United States District Judge**